

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00278-CV

| | | |
|---|---|---|
| ROBERT WAYNE JOHNSON, Appellant | § | On Appeal from County Court at Law |
| | § | No. 1 |
| V. | § | of Tarrant County (2025-001893-1) |
| | § | October 23, 2025 |
| SEATTLE BANK, Appellee | | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed as moot. We therefore vacate the trial court's Order of Possession and dismiss this case as moot.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker